IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LORI BARTON, <u>pro se</u>,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0642-CG-C |
| | ) | |
| **PATRICK R. DONAHUE, ERIC HOLDER, LEANDER HARRIS,** | ) ) ) | |
| Defendants. | | |

# JUDGMENT

In accordance with the Order entered this date, granting Defendants' motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants, **Patrick R. Donahue, Eric Holder** and **Leander Harris**, and against Plaintiff, **Lori Barton**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 6th day of February, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE